```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ALEENA SAEED,                            :
                                         :
                    Plaintiff,           :   24cv5176 (DLC)
                                         :
          -v-                            :       ORDER
                                         :
ASML US, LLC,                            :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On August 7, 2024, defendant filed a motion to dismiss the original complaint in this action pursuant to Rules 12(b)(2) and 12(b)(6), Fed. R. Civ. P.  An Order of August 8 directed the plaintiff to file any amended complaint by August 30 and alerted the plaintiff that she would likely not have another opportunity to amend.  The plaintiff filed an amended complaint on August 12, thereby mooting the defendant's August 7 motion.  Defendant renewed its motion on August 26.  It is hereby

ORDERED that the plaintiff shall serve any opposition to the motion to dismiss by **September 20, 2024**.  Defendant's reply, if any, shall be served by **October 4**.  At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
August 27, 2024

_____
DENISE COTE
United States District Judge