**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALEENA SAEED,

                    Plaintiff,

    -against-                                24 **CIVIL** 5176 (DLC)

                                           **JUDGMENT**

ASM US, INC,

                    Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 30, 2024, ASML's August 26, 2024 motion to dismiss is granted. Saeed's claims are dismissed without prejudice to refiling in a different forum.

**Dated:** New York, New York

      October 31, 2024

                                                        **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                               **BY:** _____
                                                           **Deputy Clerk**